(May 8, 1984)

■ The People of the State of New York, Respondent, v Ruben Medal, Appellant. — Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on February 18, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Sullivan, Bloom, Fein and Milonas, JJ.

■ In the Matter of Vernon Allick, Appellant, v New York City Employees' Retirement System et al., Respondents. — Order and judgment (one paper), Supreme Court, New York County (Bernard Nadel, J.), entered on March 31, 1983, unanimously affirmed for the reasons stated by Bernard Nadel, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Sullivan, Bloom, Fein and Milonas, JJ.